May 15, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

NICOLE HILL A/K/A NICOLE HOLTZ, Appellant

NO. 14-11-00260-CV                    V.

TOOTSIES, INC., Appellee

———————————————

This cause, an appeal from the judgment in favor of appellee, Tootsies, Inc., signed December 9, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, Tootsies, Inc., to pay all costs incurred in this appeal. We further order this decision certified below for observance.